# EXHIBIT C

| US 7,441,995 PATENT CLAIMS | INFRINGING LIFT |
|---|---|
| **INDEPENDENT CLAIM 10** ||
| 10. An inboard barrier system for a wheelchair lift, the wheelchair lift including a platform for supporting a wheelchair, the inboard barrier system comprising: | Inboard barrier system<br><br>Wheelchair lift<br><br>Platform for supporting a wheelchair<br><br>As shown and described in the '960 Application, the Infringing Lift is a "lift device . . . for vehicles for wheelchair users" (Abstract), which includes a "platform or lifting platform 8 for loading with a load, in particular for a person sitting in a wheelchair" (Para. [0049]). |

1

| US 7,441,995 PATENT CLAIMS | INFRINGING LIFT |
|---|---|
| an inboard barrier plate coupled to the platform at or adjacent an inboard end of the platform and moveable between a first position and a second position; |  Inboard barrier plate coupled to the platform adjacent inboard end of the platform and moveable between a first position (horizontal) and a second position (vertical, shown)<br><br>As shown and described in the '960 Application, the roll-over flap 4 of the Infringing Lift is "rotatably connected to lifting platform 8." (Para. [0050]). The roll-over flap 4 moves between a "substantially horizontal arrangement" (first position, FIG. 9) where it acts as a bridge, and a "vertical or inclined, locked position" (second position, FIG. 19) where it acts as a safety barrier. (Paras. [0050], [0063], [0066]). |

| US 7,441,995 PATENT CLAIMS | INFRINGING LIFT |
|---|---|
| an arm including a first member and a second member moveable relative to the first member, the arm being coupled to the inboard barrier plate for moving the inboard barrier plate between the first and second positions; and |  Second Member<br>Arm<br>Roll-over flap guide couples the arm to the barrier plate for moving it between positions<br>First Member<br><br>As shown and described in the '960 Application, the Infringing Lift "has a telescopic rod 16 [the arm], wherein a first [inner] rod 20 [the first member] is provided that can be moved axially relative to the second [outer] rod 21 [the second member]." (Paras. [0052], [0053]).  The outer rod 21 is coupled to the roll-over flap 4 via a roll-over flap guide 34.  (FIGS. 9-20). The movement of the telescopic rod 16 moves the roll-over flap 4 between the horizontal and vertical position by virtue of that coupling.  (Paras. [0053], [0061], [0064], [0065]). |

| US 7,441,995 PATENT CLAIMS | INFRINGING LIFT |
|---|---|
| a lock mechanism coupled to the arm and moveable between a locking position . . . and an unlocked position . . . |  Lock mechanism coupled to the arm and moveable between a locking position and an unlocked position<br><br>As shown and described in the '960 Application, the Infringing Lift includes a pawl 22 and a pawl holder 23 [the lock mechanism] that is "rotatably attached to telescopic rod 16 [the arm]."  (Para. [0053]; FIG. 3).  The pawl 22 moves between an "unlocked position" (FIG. 9, Para. [0063]) to a "locking position" (FIG. 19, Para. [0066]). |

4

| US 7,441,995 PATENT CLAIMS | INFRINGING LIFT |
|---|---|
| . . . a locking position, in which the lock mechanism engages at least one of the first and second members of the arm to prevent movement of the second member relative to the first member . . . |  Locking position in which the lock mechanism engages the first member of the arm to prevent movement of the second member relative to the first member<br><br>As shown and described in the '960 Application, the Infringing Lift's inner rod 20 includes a piston 24.  (Para. [0061]). Further, "[t]he profile of pawl 22 is designed in such a way that the pawl rests against piston 24 on locking. In this locked position, piston 24 and inner rod 20 are prevented from performing an upward movement, which in turn prevents inner rod 20 from being pushed into telescopic rod 16, thus preventing roll-over flap 4 from being extended due to movement of roll-over flap guide 34."  (Para. [0061]; FIG. 8). |
| . . . an unlocked position, in which the lock mechanism is out of engagement with the at least one of the first and second members of the arm to allow movement of the second member relative to the first member . . . | As shown and described in the '960 Application, the Infringing Lift's pawl 22 is disengaged from the inner rod 20 in the unlocked position.  (FIG. 9, Para. [0063]). |

5

| US 7,441,995 PATENT CLAIMS | INFRINGING LIFT |
|---|---|
| . . . the lock mechanism including a biasing member to bias the lock mechanism toward the locking position. |  Biasing member biases the lock mechanism toward the locking position<br><br>As shown and described in the '960 Application, the Infringing Lift includes a biasing member in the form of a weight-imbalanced slider 28: "As the figures show, a section 42 on one side of rotary joint 29 is longer and/or heavier than the section 44 at the opposite end.  Due to the weight balance of slider 28 and thus due to a weight force, a torque M (FIGS. 23, 24, and 25) is produced on slider 28 when slider 28 is freed from support arm 10.  Due to slider 28 being coupled to the rod or pull rod 26, locking means 22, or more precisely pawl 22, is then brought or biased into a locking position in such a way that roll-over flap 4 is secured in the locking position and does not drop down." (Para. [0067]; FIGS. 23-25). |